January 22, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

PAMELA JOHNSON, M.D., Appellant

NO. 14-14-00527-CV                 V.

ROSARIO GOMEZ, Appellee

_____

       This cause, an interlocutory appeal from the judgment in favor of appellee, Rosario Gomez, signed June 13, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

       We order appellant, Pamela Johnson, M.D., to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.